UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-11407
Summary Calendar
_____


GLADIS CURTIS,

                         Plaintiff-Appellant,

                    versus

BLOOD SYSTEMS, INC.
d/b/a/ UNITED BLOOD SERVICES,

                         Defendant-Appellee.


_____

Appeal from the United States District Court for the
Northern District of Texas
(6:97-CV-001-C)
_____

October 19, 1998

Before EMILIO M. GARZA, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Gladis Curtis (Curtis) appeals from an adverse summary judgment denying her race discrimination claim against her employer, Blood Systems, Inc., d/b/a United Blood Services, Inc. After a careful and *de novo* review of the briefs and record on appeal, we affirm for the reasons set forth in the order of the district court dated December 8,

_____

[*]     Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1998.  The district court correctly concluded that Curtis neither proved a *prima facie* case nor offered summary judgment proof that would create a fact issue as to pretext with respect to two of the defendant's proffered legitimate, non-discriminatory reasons for termination.

AFFIRMED.